# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | Chapter 11 |
| Robert Terry Winfree, | Case No. 3:20-01417 |
| | Judge Randal S. Mashburn |
| Debtor. | |
| | |
| TN Dental Professionals, P.C., and CPF Dental, LLC, d/b/a Marquee Dental Partners, | |
| Plaintiffs/ Counter-Defendants, | |
| vs. | Adv. Proc. No. 3:20-90031 |
| Robert T. Winfree, D.D.S. and Olivia Winfree, | |
| Defendants/ Counter-Plaintiffs. | |

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL JT PALMER AND ASSOCIATES, LLC TO PRODUCE DOCUMENTS IN ACCORDANCE WITH SUBPOENA

Plaintiff TN Dental Professionals, P.C., and CPF Dental, LLC, d/b/a Marquee Dental Partners (collectively, "***CPF Dental***") hereby files this *Notice of Withdrawal of Motion to Compel JT Palmer and Associates, LLC to Produce Documents in Accordance with Subpoena*, filed July 2, 2020 (Dkt. No. 31) (the "***Motion***"), in support CPF Dental states as follows:

### BACKGROUND

1. On June 2, 2020, CPF Dental issued a *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)* (the "***Subpoena***") to JT Palmer and Associates, LLC, c/o Judy Shea, President ("***JT Palmer***").

2. The subpoena was served on JT Palmer on June 11, 2020 (Dkt. No. 23), requesting within fourteen (14) days, among other things, production, of any and all documentation proving the identity of the account holders to which certain alleged foreign bank accounts belong. The Subpoena was properly served on JT Palmer in accordance with Rule 45(d) of the Federal Rules of Civil Procedure, and JT Palmer's production pursuant to the Subpoena was due on June 25, 2020.

3. On July 2, 2020, CPF Dental filed the Motion seeking to compel JT Palmer to produce the documentation requested by the Subpoena, and the Court set the Motion for hearing on July 21, 2020, at 11:00 AM at Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.

4. On July 16, 2020, CPF Dental's counsel was served with JT Palmer's Motion to Quash Subpoena filed July 10, 2020 (the "**Motion to Quash**"), in the United States District Court for the Northern District of Texas, Dallas Division, Case No. 3:20-mc-00055-E (the "**Texas Court**"). The Texas Court ordered any responses to the Motion to Quash be filed by July 27, 2020, with replies to same due by August 3, 2020.

5. CPF Dental will proceed to enforce the Subpoena in the Texas Court.

Therefore, in light of the above, CPF Dental hereby notifies the Court that the Motion (Dkt. No. 31) is hereby withdrawn.

Dated: July 20, 2020         WALLER LANSDEN DORTCH & DAVIS, LLP

/s/ *Ryan K. Cochran*
Ryan K. Cochran (TN 025851)
Melissa W. Jones ( TN 036559)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
ryan.cochran@wallerlaw.com
melissa.jones@wallerlaw.com

*Attorneys for CPF Dental, LLC d/b/a Marquee Dental Partners and TN Dental Professionals, P.C.*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice was served via electronic email and the Court's electronic filing system, this 20th day of July, 2020, and via first class mail on the following business day, as follows:

J. MICHAEL MCBRIDE, P.C.
6420 Southwest Blvd., Suite 112
Fort Worth, Texas 76109
(817) 877-1824 (office)
(817) 877-1797 (fax)
jmm@mcbridelegal.com

-and-

THE FILLMORE LAW FIRM, LLC
1200 Summit Avenue, Suite 860
Fort Worth, Texas 76102
(817) 332-2351 (office)
(817) 870-1859 (fax)
dusty@fillmorefirm.com
chad@fillmorefirm.com

*Attorneys for JT Palmer and Associates, LLC*

                                                          /s/ *Ryan K. Cochran*
                                                          Ryan K. Cochran

4829-1930-4387.2
Case 3:20-ap-90031    Doc 42    Filed 07/20/20    Entered 07/20/20 20:01:43    Desc Main
Document    Page 4 of 4